IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | CIVIL ACTION NO. |
| v. | COMPLAINT |
| TAYLOR SHELLFISH COMPANY, INC., Defendant. | JURY TRIAL DEMAND |

NATURE OF THE ACTION

This is an action under Title VII of the Civil Rights Act of 1964 and Title I of the Civil Rights Act of 1991 to correct unlawful employment practices on the basis of race and retaliation, and to provide appropriate relief to Jeremy Daniels ("Mr. Daniels"), who was adversely affected by such practices. Plaintiff United States Equal Employment Opportunity Commission ("Plaintiff," "the Commission," or "the EEOC") alleges that Defendant Taylor Shellfish Company, Inc. ("Defendant") subjected Mr. Daniels to a hostile work environment based on his race, Black. The EEOC further alleges that Defendant retaliated against Mr. Daniels for opposing the discriminatory hostile work environment. Finally, the EEOC alleges that the discrimination Mr. Daniels suffered resulted in his constructive discharge. Plaintiff seeks monetary relief for Mr. Daniels, including non-pecuniary compensatory and punitive damages, and injunctive relief.

/ / /

/ / /
/ / /

COMPLAINT- Page 1 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington 98104-1061
Telephone: (206) 220-6885
Facsimile: (206) 220-6911
TDD: (206) 220-6882

## JURISDICTION AND VENUE

1. Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Sections 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e-5(f)(1) and (3) ("Title VII"), and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2. The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3. Plaintiff is the agency of the United States of America charged with the administration, interpretation and enforcement of Title VII, and is expressly authorized to bring this action by Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. §§ 2000e-5(f)(1) and 3, and Section 102 of the Civil Rights Act of 1991, 42 U.S.C. Section 1981a.

4. At all relevant times, Defendant has been a corporation continuously doing business in the State of Washington and continuously employing at least fifteen (15) employees.

5. At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce within the meaning of Sections 701(b), (g) and (h) of Title VII, 42 U.S.C. §§ 2000e-(b), (g) and (h).

## ADMINISTRATIVE PROCEDURES

6. More than thirty (30) days prior to the institution of this lawsuit, Mr. Daniels filed a charge with the EEOC alleging violations of Title VII by Defendant.  On June 13, 2016, the Commission issued to Defendant a Letter of Determination finding reasonable cause to believe Title VII was violated and inviting Defendant to join with the Commission in informal

COMPLAINT- Page 2 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

methods of conciliation to endeavor to eliminate the unlawful employment practices and to provide appropriate relief.  The Commission engaged in communications with Defendant to provide Defendant the opportunity to remedy the discriminatory practices described in the Letter of Determination.  On August 29, 2016, the Commission issued to Defendant a Notice of Failure of Conciliation advising Defendant that the Commission was unable to secure from Defendant a conciliation agreement acceptable to the Commission. All conditions precedent to the institution of this lawsuit have been fulfilled.

STATEMENT OF CLAIMS

7. From approximately July 23, 2013, Defendant engaged in unlawful employment practices at its facilities in or near Bow, Washington, in violation of Sections 703(a) and 704(a) of Title VII, 42 U.S.C. § §2000e-2(a) and 2000e-3(a).  Defendant subjected Mr. Daniels to a hostile work environment based on race, Black.  Defendant further engaged in unlawful employment practices by retaliating against Mr. Daniels for opposing the hostile work environment.  Defendant's actions caused Mr. Daniels's constructive discharge.

8. The practices complained of in Paragraph 7 include, but are not limited to, Defendant's Maintenance Mechanic Supervisor subjecting Mr. Daniels to frequent, offensive, and unwelcome race-based conduct including:  referring to Mr. Daniels as "spook," "boy," "nigger," and "nigga"; telling Mr. Daniels that the Maintenance Mechanic Supervisor's father used to run his "kind" out of town; and making disparaging race-based comments about the things that Mr. Daniels would eat.

9. Mr. Daniels attempted to rebuff the Maintenance Mechanic Supervisor's offensive and unwelcome comments, and also complained about the harassing conduct to the

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

Farm Manager.  Defendant failed to take prompt or appropriate corrective action to prevent or remedy the hostile work environment caused by the Maintenance Mechanic Supervisor's offensive and unwelcome conduct.

10. In retaliation for Mr. Daniels's complaints about the racially hostile work environment, Defendant, through the actions of the Maintenance Mechanic Supervisor, assigned Mr. Daniels more difficult and less desirable work, referred to him as a "nigger," "stupid," and "idiot" when talking to other employees, and eventually caused Mr. Daniels to be disciplined unjustly.

11. The discriminatory conduct resulted in conditions so intolerable that Mr. Daniels was forced to resign his position on or about February 24, 2014, thereby constituting a constructive discharge.

12. The effect of Defendant's practices complained of in paragraphs 7-11 above has been to deprive Mr. Daniels of equal employment opportunities and otherwise adversely affect his status as an employee.

13. The unlawful employment practices complained of in paragraphs 7-11 above were intentional.

14. The unlawful employment practices complained of in paragraphs 7-11 above were done with malice or with reckless indifference to the federally protected rights of Mr. Daniels.

PRAYER FOR RELIEF

Wherefore, the EEOC respectfully requests that this Court:

**COMPLAINT-** Page 4 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

A. Grant a permanent injunction enjoining Defendant, its officers, successors, agents, assigns, and all persons in active concert or participation with it, from engaging in any employment practices which discriminate.

B. Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for all employees, and which eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant to make Mr. Daniels whole by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial.

D. Order Defendant to make whole Mr. Daniels by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraphs 7-11 above, including without limitation emotional pain, suffering, and loss of enjoyment of life, in amounts to be determined at trial.

E. Order Defendant to pay Mr. Daniels punitive damages for its malicious and reckless conduct described in paragraphs 7-11 above, in amounts to be determined at trial.

G. Grant such further relief as the Court deems necessary and proper in the public interest.

H. Award the EEOC its costs of this action.

/ / /

/ / /

/ / /

/ / /

/ / /

**COMPLAINT-** Page 5 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

JURY TRIAL DEMAND

The EEOC requests a jury trial on all questions of fact raised by its Complaint.

DATED this 28th day of September, 2016.

| | |
|---|---|
| ROBERTA L.STEELE<br>Regional Attorney | P. DAVID LOPEZ<br>General Counsel |
| JOHN F. STANLEY<br>Supervisory Trial Attorney | JAMES L. LEE<br>Deputy General Counsel |
| TERI L. HEALY<br>Senior Trial Attorney | GWENDOLYN Y. REAMS<br>Associate General Counsel |
| | Office of the General Counsel<br>131 "M" Street NE<br>Washington, D.C. 20507 |

BY:     */s/ Roberta L. Steele*
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
Seattle District Office
909 First Avenue, Suite 400
Seattle, WA  98104-1061
Telephone (206) 220-6915
Facsimile (206) 220-6911

Attorneys for Plaintiff EEOC

**COMPLAINT-** Page 6 of 6

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
Seattle Field Office
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6885
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882