HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　Plaintiff<br><br>v.<br><br>TAYLOR SHELLFISH COMPANY, INC.,<br><br>　　　　　Defendant. | CIVIL NO. C16-1517-RAJ<br><br>[PROPOSED] **ORDER**<br><br>**APPROVING CONSENT DECREE** |

The Court, having considered the foregoing stipulated agreement of the parties, HEREBY ORDERS THAT the Consent Decree be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

　　　　DATED this ___ day of _____, 2017.


　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　THE HONORABLE RICHARD A. JONES
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER APPROVING CONSENT DECREE

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882

PRESENTED this 25th day of July, 2017, by:

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| | |
|---|---|
| ROBERTA STEELE | JAMES L. LEE |
| Regional Attorney | Deputy General Counsel |
| | |
| JOHN F. STANLEY | GWENDOLYN Y. REAMS |
| Supervisory Trial Attorney | Associate General Counsel |
| | |
| TERI HEALY | |
| Senior Trial Attorney | |

BY:

| | |
|---|---|
| 909 First Avenue, Suite 400 | Office of the General Counsel |
| Seattle, WA  98104-1061 | 131 M Street, N.E. |
| Telephone (206) 220-6916 | Washington, D.C. 20507 |
| Facsimile (206) 220-6911 | |

Attorneys for Plaintiff

[PROPOSED] ORDER APPROVING CONSENT DECREE

EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
909 First Avenue, Suite 400
Seattle, Washington  98104-1061
Telephone:  (206) 220-6883
Facsimile:  (206) 220-6911
TDD:  (206) 220-6882